HUFNAGEL, T.

v.

**PA GAME COMMISSION**

**1840 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

Game Commission, RR 16–1888

Affirmed

CAMPBELL, L.

v.

**WCAB (CITY OF PHILA)**

**1385 CD 2016**

Commonwealth Court of Pennsylvania.

06/28/2017

Workers' Compensation Appeal Board, A15–0214

Affirmed

**DERRY TWP**

v.

**PALMYRA BORO ZHB (Shenandoah Mobile)**

**663 CD 2016**

Commonwealth Court of Pennsylvania.

06/28/2017

Lebanon County Civil Division, 2015–00796

Affirmed

**ROTH, C.**

v.

**WCAB (PASSHE)**

**1440 CD 2016**

Commonwealth Court of Pennsylvania.

06/28/2017

Workers' Compensation Appeal Board, A15–1441

Affirmed